# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-2405
_____

Christopher Ivey

*Plaintiff - Appellant*

v.

Daniel Williams; Michael Glavan; William Gullickson; Scott Giannini; Tara
Halverson; Kevin Dreher; Matthew Dahl

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: May 19, 2021
Filed: May 24, 2021
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Christopher Ivey appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful de novo review, we conclude that summary judgment was proper for the reasons stated by the district court. *See Banks v. John Deere & Co.*, 829 F.3d 661, 665 (8th Cir. 2016) (stating that the grant of summary judgment is reviewed de novo, viewing the facts in the light most favorable to the non-movant and giving him the benefit of all reasonable inferences that can be drawn from the record). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Tony N. Leung, United States Magistrate Judge for the District of Minnesota.